Michael Yancey III, NV # 16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Derek Land*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK LAND, | Case No.: 2:22-cv-01641-APG-EJY |
| Plaintiff, | **STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |
| v. | |
| ALLIED COLLECTION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff Derek Land and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax.

//

1
STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION
SERVICES, LLC WITH PREJUDICE

Each party shall bear their own fees and costs in accordance with the parties' settlement agreement.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**PRICE LAW GROUP, APC**

DATED: December 12, 2022

/s/Michael Yancey
Michael Yancey, NV Bar #16158
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
yancey@pricelawgroup.com

*Attorneys for Plaintiff*
*Derek Land*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, NV Bar #15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300 Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*