Michael Yancey III, NV # 16158
PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com
*Attorneys for Plaintiff*
*Derek Land*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK LAND,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:22-cv-01641-APG-EJY<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Derek Land and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, as to Defendant Experian Information Solutions, Inc. with attorneys' fees and costs to be paid as indicated in the parties' settlement.

1

RESPECTFULLY SUBMITTED this 22nd day of February 2023.

*/s/Michael Yancey*
Michael Yancey III, NV # 16158 PRICE LAW GROUP, APC
5940 S Rainbow Blvd, Suite 3014 Las Vegas, NV 89118
P: (818) 600-5537
F: (818) 600-5464
E: michael@pricelawgroup.com *Attorneys for Plaintiff*
*Derek Land*

**NAYLOR & BRASTER**

*/s/ Benjamin Gordon*
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

**JONES DAY**

Cheryl L. O'Connor
Nevada Bar No. 14745
3161 Michelson Drive, Suite 800 Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
coconnor@jonesday.com *Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED:

Dated: February 23, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2