Michael Yancey III, NV # 16158
CONSUMER ATTORNEYS
5940 S Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
P: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

Tarek N. Chami. MI #P76407
(admitted pro hac vice)
CONSUMER ATTORNEYS
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
T: (313) 447-0488
F: (718) 715-1750
E: tchami@consumerattorneys.com

*Attorneys for Plaintiff*
*Derek Land*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK LAND, | Case No.: 2:22-cv-01641-APG-EJY |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| ALLIED COLLECTION SERVICES, INC.; | |
| Defendants. | |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRETRIAL ORDER**

1

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File the Joint Pretrial Order. The Court having reviewed the parties' motion, AND THE COURT, being otherwise sufficiently advised, FINDS as follows:

IT IS HEREBY ORDERED and ADJUGED that the Parties' Joint Motion for Extension of Time to File the Joint Pretrial Order is GRANTED.

IT IS FURTHER ORDERED that the parties' Joint Pretrial Order is due on or before **March 12, 2024**.

Dated:  February 5, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE