Michael Yancey III, NV # 16158
CONSUMER ATTORNEYS
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
P: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

Tarek N. Chami. MI #P76407
(admitted pro hac vice)
CONSUMER ATTORNEYS
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
T: (313) 447-0488
F: (718) 715-1750
E: tchami@consumerattorneys.com

*Attorneys for Plaintiff*
*Derek Land*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK LAND, | Case No.: 2:22-cv-01641-APG-EJY |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE TRIAL** |
| ALLIED COLLECTION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

Pursuant to the Court's Order, (doc. 68) the parties jointly stipulate to continue trial in this matter.

Both parties attended the Settlement Conference on July 2, 2024. The parties reached a settlement. (doc. 63 & 64)

There are no remaining issues that require a trial and the parties respectfully request the trial to be continued.

**IT IS ORDERED** that the September 9, 2024, trial is vacated and continued to December 2, 2024, at 9:00 a.m. in Courtroom 6C. The September 3, 2024, calendar call is vacated and continued to November 26, 2024, at 9:00 a.m. in Courtroom 6C.

RESPECTFULLY SUBMITTED this 20th day of August 2024.

**CONSUMER ATTORNEYS**

DATED: August 20, 2024

By: */s/ Tarek N. Chami*
Tarek N. Chami – (MI # P76407)
Admitted Pro Hac Vice Only
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
Phone: 313-444-5029
tchami@consumerattorneys.com

Michael Yancey III, NV # 16158
CONSUMER ATTORNEYS
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
P: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff,*
*Derek Land*

**GORDON REES SCULLY MANSUKHANI**

DATED: August 20, 2024

By: */s/ Sean P. Flynn*
Sean P. Flynn
1 Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com
*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: August 20, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2