SEAN P. FLYNN (SBN: 15408)
**GORDON REES SCULLY MANSUKHANI**
1 Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com

Attorneys for Defendant
ALLIED COLLECTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK LAND, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED COLLECTION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.' EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, <br><br> Defendant. | CASE NO. 2:22-cv-01641-APG-EJY <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S ATTORNEY FEE MOTION** <br><br> **(SECOND REQUEST)** |

Defendant Allied Collection Services, Inc. ("Defendant") pursuant to LR IA 6-1, with the stipulated consent of, Plaintiff Derek Land ("Plaintiff"), respectfully move the Court for an Order Extending Time for Defendant to file its Opposition to Plaintiff's Motion for Attorney Fees [Dkt. # 72]. This is Defendant's second request for an extension of time relative to Plaintiff's Motion. Defendant further states the following in support of this request:

1. On August 19, 2024, the Court entered an Order setting the deadline for plaintiff to file his motion for attorney's fees and costs as September 11, 2024.
2. That same day, the court set Defendant's deadline to file its opposition as October 9, 2024.
3. On September 11, 2024, Plaintiff filed his Motion for Attorneys Fees. [Dkt. 72.]
4. At the time of the August 19, 2024 hearing, Defense Counsel failed to identify that its opposition deadline fell in the middle of a preplanned family vacation.
5. On October 3, 2024, Defense Counsel reached out to Plaintiff's Counsel regarding the instant Joint Motion to Extend Time and requested until October 18 to file its Opposition.
6. On October 4, 2024, Plaintiff's Counsel responded that it did not object to Defendant's Opposition deadline being extended to October 18.
7. On October 4, 2024, Defendant filed its first request for an extension of time to file it's opposition to Plaintiff's Motion for Attorney's Fees. [Dkt. #73.]
8. On October 7, 2024, the Court Granted the Joint Motion. [Dkt. #74.]
9. Since the first request, Defense Counsel's father-in-law has been hospitalized, again. He is elderly, and diabetic. Family have been flying back to be with him.
10. This has resulted in child care obligations falling solely on Defense Counsel.
11. On October 16, Defense Counsel notified Plaintiff's Counsel of same and requested a second extension of time to file the opposition to Plaintiff's Motion for Attorney's Fees to October 25.
12. On October 17, Plaintiff's Counsel advised it had no opposition to this second request.

///

-2-
**JOINT MOTION FOR EXTENSION OF TIME**

13. There is no reply deadline, and no hearing scheduled, that would be impacted by the requested extension of time.

For the reasons stated and for good cause shown, Defendant and Plaintiff respectfully request entry of an Order allowing Defendant to file Its opposition to Plaintiff's Motion for Attorney's Fees and Costs on or before October 25, 2024.

Dated:  October 17, 2024

**GORDON REES SCULLY MANSUKHANI**

By: *s/ Sean P. Flynn*
Sean P. Flynn (SBN 15408)
Attorneys for Defendant
ALLIED COLLECTION SERVICES, INC.

**CONSUMER ATTORNEYS**

Dated: October 17, 2024

By: */s/ Michael Yancey*
Tarek N. Chami – (MI # P76407)
Admitted Pro Hac Vice Only
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
Phone: 313-444-5029
tchami@consumerattorneys.com

*Attorneys for Plaintiff,*
*Derek Land*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Dated: October 17, 2024

-3-
**JOINT MOTION FOR EXTENSION OF TIME**