1  SEAN P. FLYNN  (SBN: 15408)
   **GORDON REES SCULLY MANSUKHANI**
2  1 Liberty Street, Suite 424
   Reno, NV  89501
3  Telephone:     (775) 467-2610
   Email:          *sflynn@grsm.com*
4
   Attorneys for Defendant
5  ALLIED COLLECTION SERVICES, INC.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  DEREK LAND,                                  CASE NO.   2:22-cv-01641-APG-EJY

12                              Plaintiff,
                                                 **JOINT MOTION FOR EXTENSION OF**
13         vs.                                   **TIME TO FILE OPPOSITION TO**
                                                 **PLAINTIFF'S ATTORNEY FEE MOTION**
14  ALLIED COLLECTION SERVICES, INC.;
    EXPERIAN INFORMATION SOLUTIONS,              **(FOURTH REQUEST)**
15  INC.' EQUIFAX INFORMATION
    SERVICES, LLC; and TRANS UNION LLC,
16
                                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

---
                                   -1-
                **JOINT MOTION FOR EXTENSION OF TIME**

*(left margin, vertical)* **Gordon Rees Scully Mansukhani, LLP** 1 East Liberty Street, Suite 424 Reno, NV  89501

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

1    Defendant Allied Collection Services, Inc. ("Defendant") pursuant to LR IA 6-1, with

2  the stipulated consent of, Plaintiff Derek Land ("Plaintiff"), respectfully move the Court for an

3  Order Extending Time for Defendant to file its Opposition to Plaintiff's Motion for Attorney

4  Fees [Dkt. # 72]. This is Defendant's fourth request for an extension of time relative to

5  Plaintiff's Motion. Defendant further states the following in support of this request:

6    1) On August 19, 2024, the Court entered an Order setting the deadline for plaintiff to file

7       his motion for attorney's fees and costs as September 11, 2024.

8    2) That same day, the court set Defendant's deadline to file its opposition as October 9,

9       2024.

10   3) On September 11, 2024, Plaintiff filed his Motion for Attorney's Fees. [Dkt. 72.]

11   4) At the time of the August 19, 2024 hearing, Defense Counsel failed to identify that its

12      opposition deadline fell in the middle of a preplanned family vacation.

13   5) On October 3, 2024, Defense Counsel reached out to Plaintiff's Counsel regarding the

14      instant Joint Motion to Extend Time and requested until October 18 to file its

15      Opposition.

16   6) On October 4, 2024, Plaintiff's Counsel responded that it did not object to Defendant's

17      Opposition deadline being extended to October 18.

18   7) On October 4, 2024, Defendant filed its first request for an extension of time to file it's

19      opposition to Plaintiff's Motion for Attorney's Fees. [Dkt. #73.]

20   8) On October 7, 2024, the Court Granted the Joint Motion. [Dkt. #74.]

21   9) Since the first request, Defense Counsel's father-in-law has been hospitalized, again.

22      He is elderly, and diabetic.  Family have been flying back to be with him.

23   10) This has resulted in childcare obligations falling solely on Defense Counsel.

24   11) On October 16, Defense Counsel notified Plaintiff's Counsel of same and requested a

25      second extension of time to file the opposition to Plaintiff's Motion for Attorney's Fees

26      to October 25.

27   12) On October 17, Plaintiff's Counsel advised it had no opposition to this second request.

28   13) On October 17, 2024, Defendant filed the Joint Motion to Extend Time seeking a

-2-
**JOINT MOTION FOR EXTENSION OF TIME**

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

1  second one week extension.  [Dkt. 75]

2  14) On October 18, 2024, the Court granted the extension.  [Dkt. 76]

3  15) While defense counsel was working on the Opposition, certain new life events

4  transpired:

5  a)  On October 23, 2024, Defense Counsel was in the fourth day of an all-day

6  "speedy motion hearing" on a personal legal matter, which did not come to

7  conclusion and is being set for a fifth session.  Defense Counsel and his private

8  counsel are preparing for that fifth session now.

9  b)  Also, on October 23, 2024, Defense Counsel learned from family that his 81-

10  year-old mother's dementia has rapidly progressed over the past few weeks and

11  she is now wheelchair bound and losing other essential motor skills like use of a

12  knife and fork.

13  c)  Defense Counsel's 82-year-old father and sister have decided to seek full time

14  assistance and/or placement in nursing home because her only caretaker,

15  Counsel's father, is undergoing a biopsy for a tumor on his spleen and then

16  shortly thereafter an MRI to see what can be done for his 4 fractured vertebrae.

17  16)  Defense Counsel notified Plaintiff's counsel of these issues on October 24, 2024.

18  Counsel requested 4 weeks, which would get counsel past all of the immediate legal and

19  medical issues, or whatever extension Plaintiff's Counsel would be agreeable with.

20  17)  Unfortunately, counsel were both out of the office and unable to immediately respond to

21  this request.

22  18)  On October 24, 2024 just before 11:00 am, Plaintiff's Counsel Tarek Chami was able to

23  discuss the present Motion to Defense Counsel and indicate that Plaintiff has no opposition

24  to Defendant's request.

25  19)  On October 24, 2024, Defendant filed the Joint Motion to Extend Time seeking a four-

26  week extension.  [Dkt. 77]

27  20)  On October 25, 2024, the Court granted the extension.  [Dkt. 78]

28  21)  On November 21, 2024, Defense Counsel notified Plaintiff's counsel that his mother

**JOINT MOTION FOR EXTENSION OF TIME**

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

1   entered hospice care on November 19, 2024, necessitating his immediate departure to be

2   with his family in Las Vegas, Nevada. In response, Plaintiff's counsel stated via email that

3   they have no objection to an additional four-week extension of time for Defense Counsel to

4   file an opposition to Plaintiff's Motion and a continuance of the trial date currently set for

5   December 2, 2024, provided that the matter is transferred to Craig Smith, Esq., and Tomiko

6   Ortiz, Esq., to ensure no further delays.

7       For the reasons stated and for good cause shown, Defendant respectfully requests entry

8   of an Order allowing Defendant to file its opposition to Plaintiff's Motion for Attorney's Fees

9   and Costs on or before December 20, 2024.

10  Dated:  November 22, 2024              **GORDON REES SCULLY MANSUKHANI**

11

12                                         By:  _s/ Sean P. Flynn_
                                               Sean P. Flynn (SBN 15408)
                                               Attorneys for Defendant
13                                             ALLIED COLLECTION SERVICES,
                                               INC.
14
                                           CONSUMER ATTORNEYS
15                                         By:  _s/ Tarek N.Chami_
                                               Tarek Chami (SBN P76407)
16                                             Attorneys for Plaintiff
                                               DEREK LAND
17

18

19  Dated: November 22, 2024              **IT IS SO ORDERED.**

20

21                                         ELAYNA J. YOUCHAH
                                           U.S. MAGISTRATE JUDGE
22

23

24

25

26

27

28

-4-
**JOINT MOTION FOR EXTENSION OF TIME**