1  SEAN P. FLYNN (Nev Bar No.: 15408)
   **GORDON REES SCULLY MANSUKHANI**
2  1 Liberty Street, Suite 424
   Reno, NV 89501
3  Telephone: (775) 467-2610
   Email: *sflynn@grsm.com*
4
   Attorneys for Defendant
5  ALLIED COLLECTION SERVICES, INC.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| DEREK LAND, | CASE NO. 2:22-cv-01641-APG-EJY |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S OBJECTIONS TO ATTORNEY FEE MOTION ORDER** |
| ALLIED COLLECTION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.' EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendant. | **(FIRST REQUEST)** |

-1-

Defendant Allied Collection Services, Inc. ("Defendant") pursuant to LR IA 6-1, with the stipulated consent of, Plaintiff Derek Land ("Plaintiff"), respectfully moves the Court for an Order Extending Time for Defendant to file its Response to Plaintiff's Objection to the Attorneys Fees and Costs Order. [Dkt. # 94]. This is Defendant's first request for an extension of time relative to Plaintiff's Objection. Defendant further states the following in support of this request:

1) On January 13, 2025, the Court issued its order regarding Plaintiff's Attorneys Fees and Costs Motion. [Dkt. # 89.]
2) On January 23, 2025, Plaintiff filed his partial objection to the Magistrate Judge order awarding attorney's fees and costs. [Dkt. # 90.]
3) On January 24, 2025, the Court issued its amended order regarding Docket 89. [Dkt. No. 91.]
4) On January 29, 2025, Plaintiff filed his notice of intention to file an objection regarding the Amended Order. [Dkt. # 92.]
5) On February 10, 2025, Plaintiff filed this objection to the Court's Amended Order. [Dkt. # 94.]
6) Defendant's response to Plaintiff's objection is currently due Friday, February 28, 2025.
7) Due to family events, and numerous already calendared deadlines in other matters, Defense Counsel has not had sufficient time to address the Opposition to Plaintiff's Objections.
8) On February 26, 2025, Defense Counsel communicated with Plaintiff's Counsel regarding an extension.
9) On February 27, 2025, Plaintiff's Counsel responded that he did not object to this request for an extension.
10) There is no reply deadline, and no hearing scheduled, that would be impacted by the requested extension of time.

For the reasons stated and for good cause shown, Defendant respectfully requests entry of an Order allowing Defendant to file its Opposition to Plaintiff's Objection to the Court's

1   Amended Order on or before March 7, 2024.

2   Dated:  February 27, 2025                         **GORDON REES SCULLY MANSUKHANI**

4   By:  *s/ Sean P. Flynn*
         Sean P. Flynn (SBN 15408)
         Attorneys for Defendant
5        ALLIED COLLECTION SERVICES, INC.

8   **IT IS SO ORDERED.**

    _____
10  U.S. MAGISTRATE JUDGE

    Dated: February 27, 2025

*Gordon Rees Scully Mansukhani, LLP*
1 East Liberty Street, Suite 424
Reno, NV  89501

-3-