**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK LAND, | Case No.: 2:22-cv-01641-APG-EJY |
| Plaintiff | **Order Affirming Magistrate Judge Order** |
| v. | [ECF Nos. 90, 94] |
| ALLIED COLLECTION SERVICES, INC., et al., | |
| Defendants | |

Magistrate Judge Youchah granted in part the plaintiff's motion for attorneys' fees. ECF Nos. 89, 91. The plaintiff appeals Judge Youchah's reduction of the requested amount. ECF Nos. 90, 94. I have reviewed the orders and the related papers. Judge Youchah's orders are not "clearly erroneous or contrary to law." LR IB 3-1(a).

I THEREFORE ORDER that the plaintiff's appeal **(ECF Nos. 90, 94)** is denied and Magistrate Judge Youchah's orders **(ECF Nos. 89, 91) are affirmed**.

DATED this 24th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE