# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK LAND, | Case No.: 2:22-cv-01641-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| ALLIED COLLECTION SERVICES, INC., | |
| Defendant | |

The parties settled this case, subject to them litigating an award of attorney's fees. ECF No. 64. Subsequently, Magistrate Judge Youchah awarded fees to the plaintiff, and I affirmed that order. ECF Nos. 89, 91, 98. Although the plaintiff filed a notice of appeal (ECF No. 99), no final judgment has been entered. Because the settlement terms are confidential, I do not know what judgment should be entered. Thus, the parties are ordered to confer on the form of a final judgment to be entered in this case. The parties will file a joint proposed final judgment, or separate proposed final judgments, by June 17, 2025. The plaintiff's participation in crafting a proposed final judgment that accurately reflects this court's orders will not constitute a waiver of the plaintiff's issues raised on appeal.

DATED this 4th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE