# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK LAND,<br><br>　　　Plaintiff<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>　　　Defendant | Case No.: 2:22-cv-01641-APG-EJY<br><br>**Order Granting Motion for Clarification and Dismissing Case**<br><br>[ECF No. 103] |

　　Based on the parties' joint motion for clarification (ECF No. 103), I will not enter a final judgment in this case. I grant their request to dismiss this case.

　　I THEREFORE ORDER that this case is dismissed so the parties may pursue their rights on appeal. The clerk of court is kindly directed to close this file.

　　DATED this 18th day of June, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　	　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE